JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YOUNG KWON, | ) | Case No. 2:19-CV-01632-RGK-JPR |
| Plaintiff(s), | )<br>)<br>) | ORDER DISMISSING ACTION FOR<br>LACK OF PROSECUTION |
| vs. | ) | |
| J AND S KIMS FAMILY LIMITED PARTNERSHIP, et al., | )<br>)<br>) | |
| Defendant(s). | )<br>)<br>) | |

On July 8, 2019, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [9], which directed plaintiff to file timely proof of service of the summons and complaint on defendant. As of this date, no response has been filed to the Order to Show Cause, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: December 30, 2019

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE